NORTHWESTERN MUTUAL LIFE INSURANCE COMPANY, Respondent, vs. THE STATE, Appellant.

*November 19—December 14, 1920.*

*Northwestern Mutual Life Ins. Co. v. State, ante,* p. 119, followed.

APPEAL from an order of the circuit court for Dane county: E. RAY STEVENS, Circuit Judge. *Reversed.*

Action to recover the sum of $23,623.67, being the amount of license fees paid under protest by plaintiff on $787,455.74 due in 1918 from its policy-holders but not paid to it in cash otherwise than by annually adding the amount due for interest to the principal of the policy loan. The trial court overruled a demurrer to the complaint, and the defendant appealed.

For the appellant there was a brief by the *Attorney General* and *E. E. Brossard,* assistant attorney general, and oral argument by *J. E. Messerschmidt,* assistant attorney general.

For the respondent there was a brief by *Geo. Lines* and *Sam T. Swansen,* both of Milwaukee, and oral argument by *Mr. Lines.*

VINJE, J.   The case is similar to *Northwestern Mut. L. Ins. Co. v. State,* decided herewith (*ante,* p. 118, 180 N. W. 138), and is ruled by it.

*By the Court.*—Order reversed, and cause remanded with directions to sustain the demurrer and to dismiss the complaint upon the merits.

# CASES DETERMINED